841 A.2d 1025

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

. **v.**

**Mark JURIKSON, Respondent.**

**No. 876 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 9, 2003.

***ORDER***

PER CURIAM:

AND NOW, this 9th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 19, 2003, it is hereby

ORDERED that MARK JURIKSON be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.